175 F.3d 1010
 Martha M. Fisher
v.
Bell Atlantic - New Jersey, Inc., Len Lauer, Individually
and in His Official Capacity as President and C.E.O., Bell
Atltantic-New Jersey, Inc., Colleen McCloskey, Individually
and in Her Official Capacity as Vice President, External
Affairs, Bell Atlantic-New Jersey, Inc., James Donnelly,
Individually and In His Official Capacity as Director of
External Affairs, Bell Atlantic-New Jersey, Inc., George
Sprengel, Individually and in His Official
 NO. 98-6046
 United States Court of Appeals,
 Third Circuit.
 February 24, 1999
 
 1
 Appeal From: D.N.J.
 
 
 2
 Vacated.